

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:          01-12-00954-CV

Trial Court Cause
Number:                1141048

Style:                 Regina Thibodeaux

                       v. Toys "R" Us Delaware, Inc.

Date motion filed[*]:   January 23, 2013

Type of motion:        Extension of time to file brief

Party filing motion:   Appellant

Document to be filed:  Brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:
    Original due date:                          December 27, 2012
    Number of previous extensions granted:      0
    Date Requested:

Ordered that motion is:

☒    Granted

        If document is to be filed, document due:  15 days from the date of the order

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 22, 2013